UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD BILL WEATHERS, JR.,

               Plaintiff,

    -against-

SHAWN COREY CARTER,

              Defendant.

25-CV-6501 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is currently incarcerated at Carteret Correctional Center in New Port, North Carolina, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendant Shawn Corey Carter is abusing him. For the following reasons, the complaint is dismissed.

    Plaintiff has previously submitted to this court a substantially similar complaint against Carter, alleging the same facts and asserting the same allegations. That case is pending before Court under docket number 24-CV-9105. Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-9105.

    In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

**CONCLUSOIN**

    The Court dismisses Plaintiff's complaint as duplicative of *Weathers v. Carter*, No. 24-CV-9105 (LTS).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter a civil judgment in this action.

SO ORDERED.

Dated:   August 11, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge