UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD BILL WEATHERS, JR.,<br><br>                    Plaintiff,<br><br>        -against-<br><br>SHAWN COREY CARTER,<br><br>                    Defendant. | 25cv6501 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the August 11, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 14, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                    Chief United States District Judge